# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 16-1677 _____ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

**COUNSEL FOR:** Wal-Mart Stores East, L.P.

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

_(signature)_

Christopher K. Jones　　　　　　　　　　(804) 783-7239
Name (printed or typed)　　　　　　　　　Voice Phone

Sands Anderson, PC　　　　　　　　　　(804) 783-7291
Firm Name (if applicable)　　　　　　　　Fax Number

1111 East Main Street, Suite 2400

Richmond, VA 23218-1998　　　　　　　CJones@SandsAnderson.com
Address　　　　　　　　　　　　　　　　E-mail address (print or type)

---

## CERTIFICATE OF SERVICE

I certify that on June 27, 2016 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

_____　　　　　　　6-27-16
Signature　　　　　　　　　　　　　　　Date

01/19/2016 SCC